UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

T.B., a minor, by and through his parent and natural guardian, Ashley Bursch, Jquan Fuller-Rueschman, by and through his guardians, David and Dennis Fuller-Rueschman, D.S., a minor, by and through his parent and natural guardian, Latrice Williams, F.B., a minor, by and through her parent and natural guardian, Tonya Coleman, D.J., a minor by and through her parents and natural guardians, Juanedra Jenkins and Latrone Woods, and Z.P., a minor, by and through his parents and natural guardians, Amanda and Jason Peterson,

    Plaintiffs,

v.

Independent School District 112, a/k/a Eastern Carver County Schools,

    Defendant.

Civ. No. 19-cv-02414 (MJD/ECW)

**ORDER GRANTING PLAINTIFF'S UNCONTESTED PETITION TO APPROVE SETTLEMENT UNDER MINN. STAT. § 540.08**

---

This matter is before the Court on Plaintiff T.B.'s Uncontested Petition to Approve Settlement Under Minn. Stat. § 540.08. (Doc. 338.) The Court held a hearing on the Petition on May 24, 2023.

Based on Plaintiff's Petition, the representations of the parties and counsel at the hearing on Plaintiff's Petition, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1) Plaintiff T.B.'s Petition (Doc. 338) is **GRANTED** and **APPROVED**;

2) Ashley Bursch shall establish an interest-bearing account in T.B.'s legal name, pursuant to the Uniform Transfer to Minors Act (UTMA), into which T.B.'s portion of the settlement funds ($97,165.00) shall be invested for T.B. and released to T.B. when he reaches the age of 21, with the following exceptions:

    (a) $10,000 shall be released to T.B. no earlier than June 10, 2023;

    (b) Amounts required for higher education purposes shall be released to T.B. no earlier than June 10, 2023;

    (c) Amounts owed to state and federal tax authorities for purposes of fulfilling T.B.'s tax obligations shall be released to T.B. no earlier than June 10, 2023.

3) Defendant shall transfer the settlement proceeds pursuant to the parties' Settlement Agreement for Plaintiff T.B., whereupon Plaintiff is directed to submit a stipulation of dismissal with prejudice for his claims.

4) Ms. Bursch, through counsel, shall provide the Court a sworn statement confirming that the above-referenced account has been established and the funds deposited therein.

Dated:  May 25, 2023                    s/Michael J. Davis
                                                      MICHAEL J. DAVIS
                                                      United States District Court