# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| T.B., a minor, by and through his parent and natural guardian, Ashley Bursch, Jquan Fuller-Rueschman, by and through his guardians, David and Dennis Fuller-Rueschman, D.S., a minor, by and through his parent and natural guardian, Latrice Williams, F.B., a minor, by and through her parent and natural guardian, Tonya Coleman, D.J., a minor by and through her parents and natural guardians, Juanedra Jenkins and Latrone Woods, and Z.P., a minor, by and through his parents and natural guardians, Amanda and Jason Peterson,<br><br>    Plaintiffs,<br><br>v.<br><br>Independent School District 112, a/k/a Eastern Carver County Schools,<br><br>    Defendant. | Civ. No. 19-cv-02414 (MJD/ECW)<br><br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF JQUAN FULLER-RUESCHMAN** |

---

Pursuant to the Stipulation of the parties, filed at ECF No. 359,

**IT IS HEREBY ORDERED** that the claims of Plaintiff Jquan-Fuller-Rueschman in the above-captioned action are hereby **dismissed with prejudice,** with each party to bear its own fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 2, 2023

s/Michael J. Davis
Michael J. Davis
United States District Court